Case 7:16-cr-01319 Document 1 Filed in TXSD on 08/29/16 Page 1 of 2

United States District Court
Southern District of Texas
FILED

AUG 29 2016

David J. Bradley, Clerk

AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN __ DISTRICT OF __ TEXAS

McAllen Division

UNITED STATES OF AMERICA
V.
**Sofia OLIVEROS**
YOB: 1985
COC: United States

Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: M-16-1579-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __August 27, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

## Refer to Attachment A

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Juan R. Ciénega**
Printed Name of Complainant

**Approved By:** *T. Trevino*

**August 29, 2016** __9:20 a.m.__ at __McAllen, Texas__
Date                                                      City and State
**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                           Signature of Judicial Officer

# Attachment A

On August 27, 2016, the defendant attempted to bring illegally into the United States through the Progreso Port of Entry an alien child J.L.C.G. (male, 14 years old), a Mexican citizen, as a United States citizen. At pedestrian primary, the defendant stated J.L.C.G. was a United States citizen and presented a City of Corpus Christi, Texas birth certificate bearing the name J.C.F.G. as proof. When asked about their relationship, she claimed the child as her nephew. Both were referred to secondary for further inspection.

In secondary, further inspection revealed the true identity and place of birth of the minor. When confronted with this information, the defendant admitted to knowing the child was not a United States citizen, and to knowing he was born in Mexico. She went on to state she had made prior arrangements with the child's aunt, to bring the child into the United States illegally using her friend's son's birth certificate.

Furthermore, earlier in the day she had arrived from Corpus Christi and traveled to Nuevo Progreso, Tamaulipas, Mexico, where she took custody of the minor from his grandmother near the international bridge. For her services, the defendant had been provided with $300 dollars to cover expenses to Corpus Christi.

Contact was established with the child's grandmother and she arrived at the port to claim her grandson. Both were returned to Mexico without further incidents.